

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CRIMINAL ACTION NO. _____**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

V.        **NOTICE BY UNITED STATES OF INTENT TO FILE**
          **INFORMATION AND MOTION FOR ARRAIGNMENT**

**KELLI R. BOWEN**                                                                                      **DEFENDANT**

\* \* \* \* \*

The United States gives notice that it intends to file a criminal information charging KELLI R. BOWEN with a felony violation. Therefore, the United States moves the Court to assign this matter a date for the filing of the information and an arraignment.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:  /s/ Kathryn M. Anderson
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov

## CERTIFICATE OF SERVICE

On May 13, 2019, I mailed a copy of this notice and motion to:

John Proctor
741 Fifth Avenue
Huntington, WV 25701
*Attorney for Kelli R. Bowen*

_____
Assistant United States Attorney