UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
**FILED**

NOV 2 0 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL NO. 0:19-CR-9-DLB**

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.

KELLI R. BOWEN                                               DEFENDANTS

## ORDER

\* \* \* \* \*

This matter is pending for consideration of the United States' motion to amend the judgment pursuant to 18 U.S.C. § 3663(a).

WHEREAS the Court being sufficiently advised;

IT IS HEREBY ORDERED that Defendant's Restitution Judgment, R. 16, be amended to replace the victim named as Louisa Community Bank with the following:

> FDIC as Receiver for Louisa Community Bank [Restitution Payments]
> P.O. Box 971774
> Dallas, Texas 75397

11/20/19



Signed By:
*David L. Bunning*
United States District Judge